UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD SEAMAN,

    Plaintiff,

v.   Case No: 8:18-cv-1342-T-36AEP

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

### **O R D E R**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 18). In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 18).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 20, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record